# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ) <br> ) <br> SIDESOLVE LLC ) <br>    429 S 22ND ST. ) <br>    SAN JOSE, CA 95116 ) <br> ) <br>    Plaintiff-Relator, ) <br> ) <br> v. ) <br> ) <br> AMERICANS FOR THE ARTS INC. ) <br>    1275 K ST. NW, SUITE 1200 ) <br>    WASHINGTON DC, 20005 ) <br> ) <br>    Defendant. ) | Case: 1:23−cv−03074 JURY DEMAND <br> Assigned To : Contreras, Rudolph <br> Assign. Date : 10/6/2023 <br> Description: Gen. Civil (E−DECK) <br><br> Case No. _____ <br> <u>Jury Trial Demanded</u> <br> FILED UNDER SEAL |

## COMPLAINT

1. Relator Sidesolve LLC brings this action on behalf of itself and the United States of America against Defendant Americans for the Arts Inc. for violations of the federal False Claims Act, 31 U.S.C. §§ 3729 *et seq*.

2. This action seeks to recover funds that were loaned to Defendant through the federal Government's Paycheck Protection Program ("PPP") and forgiven as a result of false applications.

3. Sidesolve LLC is a company that uses data to investigate large-scale corporate fraud. Its goal is to use the technology it is developing to protect individuals on private healthcare plans. It is currently developing its technology using public databases. It uses computational statistics to match entities across multiple resources such as databases, social media, corporate filings, and other sources. From this broader picture, it finds fraud leads, which it follows up with a more traditional manual investigation. In sum, Sidesolve LLC uses its expertise and proprietary technology to both collect the scattered pieces of the fraud puzzle and also to put them together

-1-

RECEIVED
OCT - 6 2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

into a complete picture of the alleged fraud.

4.      While searching for potential PPP loan fraud in data released by the SBA, Sidesolve came

across Defendant Americans for the Arts Inc, a think tank that had applied for a PPP loan of

$1,147,900. The loan was forgiven in its entirety, plus interest.

## JURISDICTION AND VENUE

5.      This Court has jurisdiction over this action pursuant to 31 U.S.C. § 3732(a) and 28

U.S.C. §§ 1331, 1345.

6.      Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 31 U.S.C. § 3732(a), as

Defendant transacts business in this jurisdiction and violations of the False Claims Act described

herein occurred in this district.

## THE PAYCHECK PROTECTION PROGRAM

7.      During the COVID-19 pandemic, Congress passed the Coronavirus Aid, Relief, and

Economic Security Act ("CARES Act"). Section 1102 of the CARES Act contains a program

called the Paycheck Protection Program, a program administered by the U.S. Small Business

Administration ("SBA") to provide economic relief to small businesses nationwide adversely

impacted by the coronavirus pandemic.

8.      Section 1102 of the CARES Act temporarily permitted SBA to guarantee 100% of the

PPP loans. Section 1106 of the CARES Act provided for forgiveness of up to the full principal

amount of qualifying loans guaranteed under the PPP.

9.      The CARES Act gives lenders delegated authority to process loan applications for PPP

funding. SBA allowed lenders to rely on certifications of the borrowers in order to determine

eligibility of the borrower and use of loan proceeds, and to rely on specified documents provided

by the borrower to determine qualifying loan amount, and eligibility for loan forgiveness.

10. The Economic Aid Act (P.L. 116-260, in the Consolidated Appropriations Act of 2021), authorized and funded a Second Draw PPP Loan program.

11. For Second Draw PPP Loans, lenders were compensated by the federal government via processing fees based on the balance of the financing outstanding at the time of final disbursement, in the amount of five (5) percent for loans of more than $50,000 and not more than $350,000, and in the amount of three (3) percent for loans above $350,000.

12. Each borrower certified on the Second Draw loan applications that they were eligible to receive the loans under the program guidelines and that their applications and supporting documentation were accurate.

13. Borrowers were able to seek forgiveness of the loan if the funds were used for eligible payroll costs, payments on business mortgage interest payments, rent, or utilities.

## PPP REGULATIONS FOR THINK TANKS

14. The SBA opened applications for Second Draw PPP Loans on January 15, 2021.

15. Paragraph 7(a)(37)(A)(iv)(III)(bb) of the Small Business Act, added by the Economic Aid Act (P.L. 116-260, in the Consolidated Appropriations Act of 2021), which authorized and funded the Second Draw program, excluded from eligibility:

> any business concern or entity primarily engaged in political or lobbying activities, which shall include any entity that is organized for research or for engaging in advocacy in areas such as public policy or political strategy or otherwise describes itself as a think tank in any public documents.

(This definition shall hereinafter be referred to generally as "Think Tanks.")

16. The Interim Final Rule for the Second Draw Loans, effective January 12, 2021 and published January 14, 2021, thrice indicated that Think Tanks were not eligible for Second Draw Loans: Section C. Excluded Entities (86 FR 3715) (describing Think Tanks as a "prohibited borrower"); IV(e) Who is not eligible for a Second Draw PPP Loan? (86 FR 3718-19); and

IV(g)(3)(ii)(E) (86 FR 3721 (requiring certification that applicant is not a Think Tank).

17. Accordingly, every version of the Second Draw Borrower Application Form, starting January 8, 2021, required that "The authorized representative of the Applicant must certify in good faith to all of the below by initialing next to each one" that "The Applicant is not a business concern or entity primarily engaged in political or lobbying activities, including any entity that is organized for research or for engaging in advocacy in areas such as public policy or political strategy or otherwise describes itself as a think tank in any public documents."

18. Defendants could not have obtained a Second Draw PPP Loan without knowingly making this false certification.

19. Congress expressly determined that Think Tanks should be excluded from the Second Draw PPP Loans. Accordingly, the defendant should be required to repay its individual loan forgiveness and processing fees, plus penalties.

## PARTIES

20. Relator Sidesolve LLC is a company that uses data to investigate scaled corporate fraud.

21. Defendant Americans for the Arts Inc.[1] ("AFTA") is a registered non-profit organization under the IRS code section 501(c)(3). Its principal address is 1275 K St NW, Suite 1200, Washington, DC 20005.

22. AFTA is registered as a client under the Lobbying Disclosure Act.

## FACTUAL ALLEGATIONS

23. On March 30, 2021, American for the Arts Inc. was approved for a Second Draw PPP loan in the amount of $1,147,900 by Citibank, N.A. The amount forgiven was $1,165,884.

---

[1] https://www.americansforthearts.org/

American for the Arts listed NAICS code 813410 (civic and social organizations) on its PPP loan application.

24. According to its webpage, "Americans for the Arts serves, advances, and leads the network of organizations and individuals who cultivate, promote, sustain, and support the arts in America. Founded in 1960, Americans for the Arts is the nation's leading nonprofit organization for advancing the arts and arts education."

25. AFTA's Form 990 for 2020 fails to break out its individual programs' expenses, but it lists "Research and policy" at the top and "Government and public affairs" third.

26. AFTA checked the "Yes" box for the question "Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year?" As a result, it had to file a Schedule C, which indicates that for 2020, AFTA spent $119,605 in "Total lobbying expenditures to influence a legislative body (direct lobbying)" and $43,310 in "Total lobbying expenditures to influence public opinion (grass roots lobbying)."

27. The SBA's definition of a "Think Tank" centers on entities that are "organized for research or for engaging in advocacy" of public policy. This is the focus of AFTA's work, according to its own 2019 Annual Report, which shows that its biggest operational expenditure by far was for "Research and Policy" ($4.75M). "Government Affairs and Public Sector Partnerships was its third biggest expense ($1.83M).

28. On the AFTA homepage, the first two dropdown menus are "Advocate" and "Research."

29. On the Advocate main page (titled Stimulating Local, State, and Federal Advocacy for the Arts), AFTA introduces its "Government Affairs and Arts Education Team," consisting of its Senior Director of State and Local Government Affairs, Advocacy Manager, and Director of

Public Policy. The page discusses "top legislative issues affecting the arts" and an "advocacy toolkit."

30. Under its Arts Mobilization Center, AFTA posts statements in response to public policy, including the federal budget and appropriations bills and funding for the arts.

31. On the Research main page (titled Action-Oriented Research to Make a Case for the Arts), AFTA publishes various reports demonstrating the "economic, social, and educational benefits" of the arts, noting "whether you are an arts leader, elected official, or citizen advocate, you need action-oriented Research to help you advocate for better arts policy on the local, regional, and national level."

32. For example, its March 2019 report "10 Reasons to Support the Arts in 2019" is little more than propaganda to support its lobbying efforts.[2]

33. AFTA has formed a program called the "Artist Think Tank," described as a "cross-discipline forum where artists could gather virtually around specific pressing topics, to discuss the ways in which the creative sector might help mediate change and navigate the challenges of the pandemic including equity and racial injustice, sector-wide economic devastation, and the now heightened flaws in support for the creative economy."[3]  AFTA "provide[s] this group with regular legislative updates and advocacy alerts."

34. AFTA's primary purpose is political or lobbying activities, including research and advocacy in public policy. AFTA was not eligible for a Second Draw PPP Loan.

---

[2] https://www.americansforthearts.org/by-program/reports-and-data/research-studies-publications/americans-for-the-arts-publications/research-reports
[3] https://www.americansforthearts.org/by-program/promotion-and-recognition/strategic-partners/artist-think-tank

## COUNT I
## VIOLATIONS OF 31 U.S.C. § 3729
## FALSE CLAIMS ACT

35. Relator hereby incorporates and realleges herein all other paragraphs as if fully set forth herein.

36. As set forth above, Defendant knowingly presented or caused to be presented false or fraudulent claims for payment or approval, in violation of 31 U.S.C. § 3729(a)(1)(A).

37. As set forth above, Defendant knowingly made, used, or caused to be made or used, false records or statements material to false claims, in violation of the False Claims Act, 31 U.S.C. § 3729(a)(1)(B).

38. Due to Defendant's conduct, the United States Government has suffered substantial monetary damages and is entitled to recover treble damages and a civil penalty for each false claim. 31 U.S.C. § 3729.

39. Relator is entitled to reasonable attorneys' fees, costs, and expenses. 31 U.S.C. § 3730(d)(1).

## PRAYER FOR RELIEF

WHEREFORE, Relator prays for judgment against Defendant:

(a) awarding the United States treble damages sustained by it for each of the false claims;

(b) awarding the United States the maximum civil penalty for each of the false claims, records, statements, and unlawful acts;

-8-

(c) awarding Relator the maximum share of the proceeds of this action and any alternate remedy or the settlement of any such claim;

(d) awarding Relator litigation costs, expenses, and reasonable attorneys' fees;

(e) granting such other relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Relator hereby respectfully demands trial by jury on all issues and counts triable as of right before a jury.

Respectfully submitted,

_____
Nathan M. Peak
District of Columbia Bar No. 978215
**BRACKER & MARCUS LLC**
3355 Lenox Road, Suite 660
Atlanta, GA 30326
Tel. (770) 988-5035
Fax (678) 648-5544
Nathan@FCAcounsel.com