UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. SIDESOLVE, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>AMERICANS FOR THE ARTS, INC.,<br><br>        Defendant. | Civil Action No. 23-3074 (RC) |

### ORDER

UPON CONSIDERATION of the joint notice of dismissal filed by Relator Sidesolve, LLC and the United States of America, which dismissed this action without prejudice as to Relator and without prejudice as to the United States, it is hereby

ORDERED Relator's Complaint, the parties' joint notice of dismissal, and this Order be unsealed;

ORDERED that all other filings in this matter shall remain under seal;

ORDERED that the seal be lifted on all other matters occurring in this action after the date of this Order; and it is further

ORDERED that this case is CLOSED.

SO ORDERED:

__3/11/2024__
Dated

_____
RUDOLPH CONTRERAS
United States District Judge